UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:15-cr-71-RLV-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **ALFREDO CONTADOR CRUZ,** ) | |
| ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion for Return of Seized Property. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Return of Seized Property (#126) is **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that defendant shall mail written correspondence to the United States Attorney's Office listing the items that he seeks, as well as contact information (name, address, phone number, and email address) for a designee who shall receive any of defendant's items that law enforcement might recover and that are not stolen, contraband, or of evidentiary value.

Signed: January 3, 2018



Max O. Cogburn Jr.
United States District Judge